IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANGELA V. WOODHULL, AS
BENEFICIARY,

      Appellant,

v.

SHIRLEY MASCARELLA, AS
PERSONAL
REPRESENTATIVE, IN RE:
ESTATE OF LOUISE A.
FALVO, DECEASED

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1304

_____/

Opinion filed November 3, 2015.

An appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

Angela V. Woodhull, pro se, for Appellant.

A. Brian Phillips of A. Brian Phillips, P.A., Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.